IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
HOLLIE TELFORD,                 )
                                )
              Plaintiff,        )         7:13CV5001
                                )
         v.                     )
                                )
UNITED STATES OF AMERICA,       )         ORDER AND JUDGMENT
                                )
              Defendant.        )
_____)
```

        Pursuant to the memorandum opinion entered herein this

date,

        IT IS ORDERED that defendant's motion to dismiss

(Filing No. 26) is granted.  This action is dismissed with

prejudice.

        DATED this 8th day of October, 2014.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court