IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOLLIE TELFORD, | ) | |
| | ) | |
| Plaintiff, | ) | 7:13CV5001 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's verified opposition to the USA's motion to dismiss and plaintiff's motion for permission to file a second amended complaint (Filing No. 37). Plaintiff's response was not filed until October 16, 2014, after the September 30, 2014, deadline which she had requested.

Having received no response, the Court dismissed this action on October 8, 2014. Therefore, plaintiff's motion for permission to file a second amended complaint is untimely and will be denied.

IT IS ORDERED that plaintiff's opposition to the USA's motion to dismiss is deemed untimely. Her motion to file an amended complaint is denied.

DATED this 21st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court