```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

HOLLIE TELFORD,                )
                               )
          Plaintiff,           )         7:13CV5001
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )         ORDER
                               )
          Defendant.           )
_____)
```

       This matter is before the Court, United States District Court for the District of Nebraska, on the motion (Filing No. 38) of plaintiff to set aside a judgment entered in the United States District Court for the District of Idaho as void *ab initio* pursuant to Federal Rule of Civil Procedure 60(b)(4). This motion is unrelated to the Nebraska case. *See Graciette v. Star Guidance, Inc.*, 66 F.R.D. 424, 426 (S.D.N.Y. 1975). In fact, this case was closed on October 8, 2014, pursuant to an order and judgment (Filing No. 36); yet Telford seeks relief from the Court against the District Court of Idaho under this case filing. The motion will be denied.

       IT IS ORDERED that plaintiff's motion (Filing No. 38) is denied.

       DATED this 21st day of October, 2014.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court