IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
HOLLI TELFORD,                  )
                                )
            Plaintiff,          )       7:13CV5001
                                )
       v.                       )
                                )
UNITED STATES OF AMERICA,       )       ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on three motions filed by plaintiff (Filing No. 41, Filing No. 45, Filing No. 47). This action was dismissed on October 8, 2014, when defendant's motion to dismiss was granted (Filing No. 36 and Filing No. 37).

The plaintiff did not timely respond to the government's motion to dismiss despite the Court granting her three extensions spanning four months (Filing No. 30, Filing No. 32, Filing No. 34). Yet, since the case was dismissed, the plaintiff has filed numerous redundant motions for new trial and to set aside judgments in other jurisdictions. After review of relevant case law, the motions, and briefs, the Court finds the motions should be denied.

IT IS ORDERED that plaintiff's motions (Filing No. 41, Filing No. 45, and Filing No. 47) are denied.

DATED this 6th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court